IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LEDESMA-LOPEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>D. SMITH,<br><br>    Respondent.<br>_____/ | 1:07-cv-01441-OWW-GSA (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(DOCUMENT #11)<br><br>THIRTY DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On December 19, 2007, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent's motion to extend time is GRANTED. The response is due within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 10, 2008**                    /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE