```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LEDESMA-LOPEZ, ) <br> ) <br>     Petitioner, ) <br> ) <br>   v. ) <br> ) <br> D. SMITH, Warden, ) <br> ) <br>     Respondent. ) <br> _____) | CV. NO. F-07-1441 OWW GSA HC <br><br> ORDER GRANTING RESPONDENT'S <br> SECOND REQUEST FOR AN EXTENSION <br> OF TIME TO FILE ANSWER <br><br> DOCUMENT #14 |

    IT IS SO ORDERED that respondent D. Smith's February 6, 2008 request for an extension of time until March 27, 2008, to file its answer to Doyle's §2241 petition is GRANTED.

    IT IS SO ORDERED.

Dated:  **February 27, 2008**            **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE