# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LEDESMA-LOPEZ, | 1:07-CV-01441 OWW GSA HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | [Doc. #19] |
| D. SMITH, Warden, | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 26, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED, and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 26, 2008, is ADOPTED IN FULL;

1

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   November 19, 2008**                         **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE