IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LEDESMA-LOPEZ,<br><br>            Petitioner,<br><br>vs.<br><br>D. SMITH,<br><br>            Respondent.<br>_____/ | 1:07-cv-01441-OWW-GSA (HC)<br><br>ORDER DISREGARDING MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS AND MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(DOCUMENT #22, #23) |

   Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.

   On November 24, 2008, petitioner filed a Motion for Extension of Time to file written Objections and Motion for Appointment of Counsel. Due to the fact that the court has denied the Petition for Writ of Habeas Corpus and closed the case on November 20, 2008, IT IS HEREBY ORDERED THAT both Petitioner's Motions, are DISREGARDED AS MOOT.

   IT IS SO ORDERED.

   Dated:   **December 2, 2008**                **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE