

FILED
JAN 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MIGUEL LEDESMA-LOPEZ,

    PETITIONER,

vs.

D. SMITH,

    RESPONDENT,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:07-CV-1441 OWW GSA-HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

____ Granted for the following reason:

_____

_____

_____

_____

_X_ Denied for the following reason:

No issue debatable among jurists of reason is presented.

_____

Dated: 1-7-09

_____
OLIVER W. WANGER
United States District Judge